**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TINA MANN,

       Plaintiff,

-vs-                                        Case No. 3:14-cv-325-J-34PDB

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

       Defendant.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. No. 14; Report), entered on October 16, 2014. In the Report, Magistrate Judge Barksdale recommends that the Court grant summary judgment in favor of the Commissioner of the Social Security Administration ("Commissioner") based on Plaintiff Tina Mann's failure to timely file her federal complaint and her failure to show extraordinary circumstances necessary to equitably toll the 60-day period to file such an action pursuant to 42 U.S.C. Section 405(g). See Report at 8. On October 30, 2014, Plaintiff filed Plaintiff's Objection to Magistrate's Report and Recommendation Granting Defendant's Motion to Dismiss and Motion for Summary Judgment (Doc. No. 15; Objection). The Commissioner filed a response to the Objection on November 10, 2014. See Defendant's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 16; Response). Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Report, the Court will overrule the Objection and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objection to Magistrate's Report and Recommendation Granting Defendant's Motion to Dismiss and Motion for Summary Judgment (Doc. No. 15) is **OVERRULED**.

2. Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. No. 14) is **ADOPTED** as the opinion of the Court.

3. Defendant's Opposed Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. No. 8) is **GRANTED**.

Case 3:14-cv-00325-MMH-PDB   Document 17   Filed 10/07/15   Page 3 of 3 PageID 92

4. The Clerk of the Court is directed to enter final judgment in favor of Defendant, the Commissioner of the Social Security Administration, and against Plaintiff, Tina Mann, and close the case.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of October, 2015.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record